NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COOK GROUP INCORPORATED, COOK MEDICAL LLC,**
*Appellants*

**v.**

**BOSTON SCIENTIFIC SCIMED, INC.,**
*Appellee*

---

2019-1412

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00132.

---

**JUDGMENT**

---

JEFFRY M. NICHOLS, Brinks Gilson & Lione, Chicago, IL, argued for appellants.  Also represented by SARAH GOODMAN, LAURA A. LYDIGSEN, ANDREW MCELLIGOTT, JASON WAYNE SCHIGELONE.

DAVID A. CAINE, Arnold & Porter Kaye Scholer LLP, Palo Alto, CA, argued for appellee.  Also represented by MATTHEW WOLF, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court